# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

In Re: Levaquin Products Liability Litigation,

        Plaintiff,

   v.

,

        Defendant.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 08-1943 JRT |
| Date: | August 6, 2008 |
| Deputy: | Holly Morley |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:15 p.m. |
| Time Concluded: | 2:40 p.m. |
| Time in Court: | 25 Minutes |

Hearing on: **Telephone Conference**

The Court held an initial, informal status conference in *In Re Levaquin Products Liability Litigation* on August 6, 2008. Ronald Goldser and Charles Zimmerman appeared on behalf of the plaintiffs, and John Dames and William Robinson appeared on behalf of the defendants. The parties scheduled a formal status conference for September 4, 2008, at 2:00 p.m. The parties discussed a number of Multi-District Litigation issues likely to arise at that conference. Those issues included the composition of the plaintiff's steering committee, the question of whether multiple plaintiffs from particular federal districts can be included in single complaints, deposition protocol, and plaintiffs' attorney's fees and cost-sharing proposal. The parties will brief the issue of multiple plaintiffs appearing on individual complaints in advance of the September 4 status conference. The parties also discussed a number of discovery issues that may arise at the September 4 status conference. Those issues include the search terms used by defendants in their search for discoverable materials, the relevance of the drug Floxin to this litigation, and depositions of plaintiffs' prescribing physicians. The parties anticipate that the Floxin issue will ultimately be the subject of a formal motion.

APPEARANCES:

    Plaintiff:    Bucky Zimmerman, Ronald Goldser, Lewis Saul
    Defendant:    John Dames, William Robinson, Jr.

                                                                    s/Holly A. Morley
                                                                       Calendar Clerk