| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS<br>LIABILITY LITIGATION | MDL. No. 08-1943 (JRT)<br><br>**ORDER** |

_____

Ron Goldser, **ZIMMERMAN REED, PLLP,** 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Lewis Saul and Kevin M. Fitzgerald, **LEWIS SAUL & ASSOCIATES, P.C.,** 183 Middle Street, Suite 200, Portland, ME 04101, for plaintiff.

William Robinson, **LECLAIRRYAN**, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314; John Dames, **DRINKLER, BIDDLE & REATH, LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606; Tracy Van Steenburgh, **HALLELAND, LEWIS NILAN & JOHNSON, PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402, for defendants.

The above-referenced came on for hearing before the undersigned on Defendants' motion to compel responses to four supplemental document requests [Docket No. 242]. Based upon all of the files, records and proceedings herein, including the submissions of the parties:

**IT IS HEREBY ORDERED:** Plaintiffs shall provide supplemental responses and shall produce responsive documents to Defendants' Supplemental Requests for Production of Documents to all Plaintiffs--First Set, within 14 days of the Court's Order.

DATED: May 27, 2009
at Minneapolis, Minnesota.

                                                                s/John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                            United States District Judge