UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

In Re: LEVAQUIN PRODUCTS          MDL. No. 08-1943 (JRT)
LIABILITY LITIGATION
                                           **ORDER**

This document also relates to:
  Irene Peacock v.                 Civil No. 09-0411 (JRT)
  Johnson & Johnson et al.

_____

  Kristian Rasmussen, **CORY, WATSON, CROWDER & DEGARIS,** 2131 Magnolia Avenue South, Birmingham, AL 35205, for plaintiff.

  Jennifer Ampulski, Michael Hutchens and Bradley Lindeman, **MEAGHER & GEER, PLLP**, 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402; John Dames and William Essig, **DRINKLER, BIDDLE & REATH, LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606; Tracy Van Steenburgh, **HALLELAND, LEWIS NILAN & JOHNSON, PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402, for defendants.


Pursuant to the stipulation for leave to amend the complaint executed by the parties, through their respective counsel and filed on June 18, 2009 [Docket No. 16 on 09-0411],

**IT IS HEREBY ORDERED** that the stipulation for leave to amend the complaint is hereby **GRANTED.**


DATED: July 28, 2009
at Minneapolis, Minnesota.                                          s/John R. Tunheim
                                                                              JOHN R. TUNHEIM
                                                          United States District Judge