**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER** |
| This document also relates to: Robert Dixon et al. v. Johnson & Johnson et al. | Civil No. 10-0472 (JRT) |

_____

Mitchell Kinner, **KINNER & PATTON**, 328 East Court Street, Prestonsburg, KY 41653, for Plaintiffs Robert Dixon and Anetha Dixon.

D. Christopher Robinson, Lori Hammond, and Charles Pritchett, Jr., **FROST BROWN TODD LLC**, 400 West Market Street, Suite 3200, Louisville, KY 40202, for defendants.

Christopher Colson, **FOWLER MEASLE & BELL PLLC**, 300 West Vine Street, Suite 600, Lexington, KY 40507, for Movant, Kentucky League of Cities Insurance Services, Association.

This matter is before the Count on the Motion to Intervene, filed by Kentucky League of Cities Workers Compensation Trust [Docket No. 1099]. Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiffs show cause on or before May 18, 2010 why the motion to intervene should not be granted. A response, if any, should be filed on or before May 25, 2010.

DATED: April 28, 2010
at Minneapolis, Minnesota.

                                                             s/ John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                      United States District Judge