## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER GRANTING MOTION TO WITHDRAW APPEARANCE** |
| This document also relates to: Kay Tripple v. Johnson & Johnson et al. | Civil No. 09-0773 (JRT) |

_____

Jamie Kendall and William Riley, **PRICE WAICUKAUSKI & RILEY, LLC,** 301 Massachusetts Avenue, Indianapolis, IN 46204, for plaintiff.

Kevin R. Knight, May Nold Larimore, and Michael Steele, **ICE MILLER LLP,** One American Square, Suite 2900, Indianapolis, IN 46282, for defendants.

This matter is before the Court on Defendant's Motion to Withdraw as Attorney filed on April 26, 2010 [Docket no. 26].

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** and the appearance of Michael C. Steele be, and hereby is, withdrawn.

DATED: April 30, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                    United States District Judge