| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| | **ORDER** |
| This document also relates to: Robert Dixon et al. v. Johnson & Johnson et al. | Civil No. 10-0472 (JRT) |

_____

Mitchell Kinner, **KINNER & PATTON**, 328 East Court Street, Prestonsburg, KY 41653, for Plaintiffs Robert Dixon and Anetha Dixon.

D. Christopher Robinson, Lori Hammond, and Charles Pritchett, Jr., **FROST BROWN TODD LLC**, 400 West Market Street, Suite 3200, Louisville, KY 40202, for defendants.

Christopher Colson, **FOWLER MEASLE & BELL PLLC**, 300 West Vine Street, Suite 600, Lexington, KY 40507, for Movant, Kentucky League of Cities Insurance Services, Association.

This matter is before the Count on the Motion to Intervene, filed by Kentucky League of Cities Workers Compensation Trust [Docket No. 1099]. Plaintiffs have filed a reply to the motion and have indicated they have no objection to the intervention. Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Intervening Plaintiff's Motion to Intervene is **GRANTED**. The Intervening Complaint and Cross-Claim is deemed filed as of the date of entry of this order.

DATED: May 14, 2010
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                              United States District Judge