# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING / STATUS CONFERENCE

| | |
|---|---|
| In Re: Levaquin Products Liability Litigation, | **COURT MINUTES** |
| | BEFORE: John R. Tunheim |
| | U.S. District Judge |
| Plaintiff, | |
| v. | Case No: 08-1943 (JRT) |
| | Date: May 28, 2010 |
| | Deputy: Holly McLelland |
| , | Court Reporter: Kristine Mousseau |
| | Time Commenced: 1:40 pm |
| Defendant. | Time Concluded: 2:05 pm |
| | Time in Court: 25 Minutes |

Hearing on: Plaintiff's Motion to Consolidate Cases for Trial [Docket No. 1310]

APPEARANCES:

    Plaintiff:    Ronald Goldser, Lewis Saul
    Defendant:    John Dames, Bill Essig, Bill Robinson, Tracy Van Steenburgh

PROCEEDINGS:

- Motion **DENIED** by Court

- The next hearing is scheduled for June 22, 2010 at 1:30 pm. It will be a Status Conference and the Motion for Summary Judgment as to Plaintiff Edward Karkoska will be heard as well.

                                                                           s/Holly McLelland
                                                                                  Calendar Clerk