UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to:<br>  Carl Mattison et al. v.<br>  Johnson & Johnson et al. | **ORDER**<br><br>Civil No. 09-2636 (JRT/AJB) |

_____

David Kuttles, **THE LANIER LAW FIRM, PLLC**, 126 East 56th Street, Sixth Floor, New York, NY 10022, for plaintiffs.

John Dames, **DRINKLER, BIDDLE & REATH, LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606, for defendants.

This matter is before the Court on the Stipulation of Dismissal without Prejudice filed by the parties on June 24, 2010 [Docket No. 21].

**IT IS HEREBY ORDERED** that all claims of Plaintiffs Carl Mattison and Lori Mattison be **DISMISSED WITHOUT PREJUDICE**, with each side bearing its own attorneys' fees and costs.

DATED: July 6, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                       United States District Judge