## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

In Re: LEVAQUIN PRODUCTS                         MDL. No. 08-1943 (JRT)
LIABILITY LITIGATION


This document also relates to:                         **ORDER**


ALL ACTIONS


_____


Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B),

**IT IS HEREBY ORDERED** that plaintiffs' amended and corrected motion to compel

production of non-privileged documents [Docket No. 1155] is referred to the Honorable

Arthur J. Boylan, United States Magistrate Judge, who will submit to the undersigned

proposed findings of fact and a recommendation for the disposition of the motion upon

completion of a hearing.


DATED: July 7, 2010
at Minneapolis, Minnesota.                            ____s/ John R. Tunheim____
                                            JOHN R. TUNHEIM
                               United States District Judge